1  Stanley Goff, Bar No. 289564
   Law Offices of Stanley Goff
2  15 Boardman Place Suite 2
3  San Francisco, CA 94103
   Telephone: (415) 571-9570
4  Email: scraiggoff@aol.com

5  Attorney for Plaintiff David Conerly

6

7                    UNITED STATES DISTRIC COURT
                    NORTHERN DISTRICT OF CALIFORNIA
8

9

10 | DAVID CONERLY,                         | Case No.: 15-cv-04069-KAW
11 |         Plaintiff,                     |
12 | vs.                                    | STIPULATION TO DISMISS REMAINING
                                            | CLAIM FOR RELIEF BROUGHT AGAINST ALL
13 |                                        | DEFENDANTS AND (PROPOSED) ORDER
   | CITY OF BERKELY POLICE OFFICER         |
14 | CHRISTOPHER FLORES; BERKELEY POLICE    |
   | OFFICER JEREMY LATHROP AND DOES 1 - 20 |
15

16

**IT WAS STIPULATED** by and between Plaintiff's attorney of record and the Defendant's attorney of record, that the parties agree that Plaintiff will dismiss with prejudice his remaining claim for relief brought against defendants in the above-entitled action and that both parties shall bare their own attorney fees and costs incurred in this action.

**IT IS SO STIPULATED.**

Dated: 3/12/2017

By:_____/S/_____
　　Stanley Goff
　　Attorney for Plaintiff

By:_____/S/_____
　　Matthew J. Orebic
　　Attorney for Defendants

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that a dismissal of this action with prejudice be granted.

Dated: 3/14, 2017

*/s/ Kandis Westmore*

HONORABLE KANDIS WESTMORE